STATE OF NEW JERSEY v. BRUCE WRIGHT.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN RUSSELL.

March 8, 1989.

Petition for certification granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. Towey*, 114 N.J. 69 (1989).

STATE OF NEW JERSEY IN THE INTEREST OF M.R.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF M.R.

March 8, 1989.

Petition for certification granted, and the matter is summarily remanded to the Appellate Division for reconsideration on its plenary calendar.